# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:08 CV 195

| | |
|---|---|
| PAMELA DOZIER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| PROVIDENT LIFE and ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Norris A. Adams, II's Application for Admission to Practice *Pro Hac Vice* of Robert E. Hoskins. It appearing that Robert E. Hoskins is a member in good standing with the South Carolina Bar and will be appearing with Norris A. Adams, II, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Norris A. Adams, II's Application for Admission to Practice *Pro Hac Vice* (#12) of Robert E. Hoskins is rendered **MOOT** and that Norris A. Adams, II's Application for Admission to Practice *Pro Hac Vice* (#13) is **GRANTED**, and that Robert E. Hoskins is **ADMITTED** to practice, *Pro Hac Vice*, before the Bar of this court while associated with Norris A. Adams, II.

Signed: June 23, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge